## HURD v. ATKINS.

JURISDICTION OF THE SUPREME COURT.
Where the judgment of the court of appeals was one of affirmance of the
judgment of the district court dismissing the complaint, and the
matter in controversy does not relate to a franchise or freehold,
and the construction of a provision of the constitution of this state
or of the United States is not involved, this court is without juris-
diction to review it.

*Error to the Court of Appeals.*

Mr. W. T. HUGHES, for plaintiff in error.

Messrs. TELLER, ORAHOOD & MORGAN, for defendant in
error.

PER CURIAM.    Hurd, as plaintiff below, brought suit
against Atkins, who was clerk of the district court of Clear
Creek county, to recover from him damages for fees exces-
sively, illegally and corruptly charged and collected.    In the
district court of Arapahoe county trial was had to a jury,
and a verdict was returned for defendant, upon which was
entered a judgment dismissing the complaint.

To that judgment the plaintiff prosecuted a writ of error
from the court of appeals, resulting in the affirmance of the
judgment of the district court.    The plaintiff is now here
with a writ of error to the latter judgment.

The judgment in this case is merely one dismissing the
complaint.    The matter in controversy relates neither to a
franchise nor a freehold, nor is a construction of any pro-
vision of the constitution of this state or of the United States
involved.    This court, therefore, has not jurisdiction to enter-
tain this writ of error, and it is accordingly dismissed.

*Writ dismissed.*